**Order entered May 31, 2019**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

#### No. 05-18-01431-CV

### SCOTT ALAN COPELAND, Appellant

### V.

### DIANE COPELAND, Appellee

---

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-54524-2018

---

## ORDER

Before the Court is appellee's May 30, 2019 motion to extend time to file brief. Appellee seeks a ninety-day extension so that she may retain counsel. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than July 15, 2019.

We note the motion does not include a certificate of conference as required by Texas Rule of Appellate Procedure 10.1(a)(5). Any future motions shall comply with the rule.


/s/      KEN MOLBERG
         JUSTICE